**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOHN R. MARTIN,
Plaintiff,
v.
APPLE INC.,
Defendant

Case Number: **08 C 975**

**JUDGE CONLON**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN R. MARTIN, Plaintiff

**J. N.**

| | |
|---|---|
| NAME (Type or print) | |
| James P. Murphy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ James P. Murphy | |
| FIRM | |
| McAndrews, Held & Malloy, Ltd. | |
| STREET ADDRESS | |
| 500 West Madison Street, 34th Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL  60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6209576 | (312) 775-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |