FILED
FEBRUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOHN R. MARTIN,
Plaintiff,
v.
APPLE INC.,
Defendant

Case Number: **08 C 975**

**JUDGE CONLON**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN R. MARTIN, Plaintiff

**J. N.**

| | |
|---|---|
| NAME (Type or print) <br> James L. Davis, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James L. Davis, Jr. | |
| FIRM <br> McAndrews, Held & Malloy, Ltd. | |
| STREET ADDRESS <br> 500 West Madison Street, 34th Floor | |
| CITY/STATE/ZIP <br> Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286015 | TELEPHONE NUMBER <br> (312) 775-8000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐