FILED
FEBRUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. MARTIN,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>APPLE INC.,  )<br>)<br>Defendant.  )<br>) | **08 C 975**<br><br>Civil Action No. _____<br><br>**JUDGE CONLON**<br>**MAGISTRATE JUDGE DENLOW**<br><br>**J. N.** |

### LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENTS

Pursuant to Local Rule 3.4, Plaintiff John R. Martin hereby provides to the Clerk the information requested in 35 U.S.C. § 290.

The names and addresses of the parties are:

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| John R. Martin<br>5635 Nebeshonee Ln.<br>Rockford, Illinois  61103 | Apple Inc.<br>1 Infinite Loop<br>Cupertino, California  95014 |

The patent and corresponding name of the inventor is:

| **U.S. Patent No.** | **Date of Issue** | **Named Inventor** |
|---|---|---|
| 6,926,609 | August 9, 2005 | John R. Martin |

Date: February 15, 2008

Respectfully submitted,

s/James P. Murphy
James P. Murphy
James L. Davis, Jr.
**McANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, 34th Floor
Chicago, Illinois  60661
Phone:  (312) 775-8000
Email:  jmurphy@mcandrews-ip.com
Attorneys for **Plaintiff John R. Martin**