## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 975 | **DATE** | 3/3/2008 |
| **CASE TITLE** | JOHN R. MARTIN vs. APPLE, INC | | |

**DOCKET ENTRY TEXT**

Status hearing is set on April 9, 2008 at 9:00 a.m. The parties shall submit written status reports to chambers by April 7, 2008. The reports shall include settlement prospects, as well as proposed discovery plan.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|