IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. MARTIN, | ) Case No. 08 C 975 |
| Plaintiff, | ) Judge Conlon |
| v. | ) Magistrate Judge Denlow |
| APPLE INC., | ) |
| Defendant. | ) |

### AGREED MOTION TO CONTINUE STATUS HEARING AND FOR EXTENSION OF TIME TO FILE STATUS REPORTS

Plaintiff John R. Martin ("Martin") moves to continue, for 60 days, the Status Hearing set for April 9, 2008. Plaintiff Martin further moves for a 60-day extension of time to file written status reports, which are currently due April 7, 2008.

The instant complaint against Defendant Apple Inc. ("Apple") was filed on February 15, 2008. On March 3, 2008, the Court set a Status Hearing for April 9, 2008, at 9 a.m., and ordered that the parties submit written status reports to chambers by April 7, 2008. To date, Defendant Apple has not been served with the complaint. Settlement discussions between the two parties are ongoing. Plaintiff Martin has notified Defendant Apple of the instant motion, and Defendant Apple does not object.

Accordingly, Plaintiff Martin moves for a 60-day continuance of the Status Hearing set for April 9, 2008, and a 60-day extension of time to file the written status reports due April 7, 2008.

Date: March 31, 2008                                  Respectfully submitted,

                                                      s/James L. Davis, Jr.
                                                      James P. Murphy
                                                      James L. Davis, Jr.
                                                      **McANDREWS, HELD & MALLOY, LTD.**
                                                      500 West Madison Street, 34th Floor
                                                      Chicago, Illinois 60661
                                                      Phone: (312) 775-8000
                                                      Email: jmurphy@mcandrews-ip.com
                                                      Email: jdavis@mcandrews-ip.com

                                                      Attorneys for **Plaintiff John R. Martin**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on behalf of Plaintiff Martin, Defendant Apple is being served with a copy of this document via Federal Express Next Day Delivery and electronic mail to Thomas C. Mavrakakis, Apple Inc., 1 Infinite Loop, M/S 40-PAT, Cupertino, California 95014, on the 31st day of March, 2008.


Date: March 31, 2008                                  s/James L. Davis, Jr.
                                                              James L. Davis, Jr.
                                                              Attorneys for **Plaintiff John R. Martin**