IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. MARTIN, | Case No. 08 C 975 |
| Plaintiff, | Judge Conlon |
| | Magistrate Judge Denlow |
| v. | |
| APPLE INC., | |
| Defendant. | |

## NOTICE OF PRESENTMENT

**TO:** See attached service list.

Please take notice that on Thursday, April 3, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff shall appear before the Honorable Judge Suzanne B. Conlon in Courtroom 1743 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the Plaintiff's **AGREED MOTION TO CONTINUE STATUS HEARING AND FOR EXTENSION OF TIME TO FILE STATUS REPORTS**, a copy of which is hereby served upon you.

Date: March 31, 2008

Respectfully submitted,

s/James L. Davis, Jr.
James P. Murphy
James L. Davis, Jr.
**McANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Phone: (312) 775-8000
Email: jmurphy@mcandrews-ip.com
Email: jdavis@mcandrews-ip.com

Attorneys for **Plaintiff John R. Martin**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on behalf of Plaintiff Martin, Defendant Apple is being served with a copy of this document via Federal Express Next Day Delivery and electronic mail to Thomas C. Mavrakakis, Apple Inc., 1 Infinite Loop, M/S 40-PAT, Cupertino, California 95014, on the 31st day of March, 2008.


Date: March 31, 2008                         s/James L. Davis, Jr.
                                             James L. Davis, Jr.
                                             Attorneys for **Plaintiff John R. Martin**