IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | )<br>)<br>) Case No. 08 C 975<br>)<br>) Judge Conlon<br>) Magistrate Judge Denlow<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF MARTIN'S STATUS REPORT

In accordance with the Court's Order of March 3, 2008, Plaintiff John R. Martin files the instant status report. To date, Defendant Apple Inc. has not been served with the Complaint. Settlement discussions between the two parties are ongoing. At this stage, discussions between the parties have been encouraging. If the parties are unable to reach an agreement, Plaintiff Martin will serve Defendant Apple with the Complaint forthwith. Plaintiff Martin's Proposed Discovery Plan (Ex. A) is attached.

Date: April 7, 2008

Respectfully submitted,

s/ James L. Davis, Jr.
James P. Murphy
James L. Davis, Jr.
**McANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, 34th Floor
Chicago, Illinois  60661
Phone:  (312) 775-8000
Email:  jmurphy@mcandrews-ip.com
Email:  jdavis@mcandrews-ip.com

Attorneys for **Plaintiff John R. Martin**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on behalf of Plaintiff Martin, Defendant Apple is being served with a copy of this document via Federal Express Next Day Delivery and electronic mail to Thomas C. Mavrakakis, Apple Inc., M/S 40-PAT, 1 Infinite Loop, Cupertino, California 95014, on the 7th day of April, 2008.

Date: April 7, 2008

s/ James L. Davis, Jr.
James L. Davis, Jr.
Attorneys for **Plaintiff John R. Martin**