## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0975 | **DATE** | 4/3/2008 |
| **CASE TITLE** | JOHN R. MARTIN vs. APPLE, INC. | | |

**DOCKET ENTRY TEXT**

Agreed motion [9] to continue status hearing set on 4/9/08, and for extension of time to file status reports due 4/7/08 is denied.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|