Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 975 | **DATE** | 4/9/2008 |
| **CASE TITLE** | JOHN R. MARTIN vs. APPLE, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant not served. Parties are discussing a licensing agreement. Plaintiff shall serve defendant promptly. Status hearing continued to May 5, 2008 at 9:00 a.m. The parties shall submit a joint status report to chambers by May 1, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|