# Affidavit of Process Server

**John R. Martin** vs **Apple INC** — **08C975**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I **Hubert Tracy Liedeman**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Apple INC**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons + Complaint**

by serving (NAME) **Apple, INC. Margaret Wilson**
at ☐ Home_____
☒ Business **CT Corporation Systems, 818 W 7th Street, Los Angeles CA 90017**
☒ on (DATE) **April 18, 2008** at (TIME) **10:57 A.M.**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely_____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____
DATE TIME, DATE TIME
( )_____, ( )_____, ( )_____
DATE TIME, DATE TIME, DATE TIME

**Description:**
☐ Male / ☒ Female
☒ White Skin / ☐ Black Skin / ☐ Yellow Skin / ☐ Brown Skin / ☐ Red Skin
☐ Black Hair / ☐ Brown Hair / ☒ Blond Hair / ☐ Gray Hair / ☐ Red Hair
☐ White Hair / ☐ Balding / ☐ Mustache / ☐ Beard
☐ 14-20 Yrs. / ☐ 21-35 Yrs. / ☒ 36-50 Yrs. / ☐ 51-65 Yrs. / ☐ Over 65 Yrs.
☐ Under 5' / ☐ 5'0"-5'3" / ☒ 5'4"-5'8" / ☐ 5'9"-6'0" / ☐ Over 6'
☐ Under 100 Lbs. / ☐ 100-130 Lbs. / ☒ 131-160 Lbs. / ☐ 161-200 Lbs. / ☐ Over 200 Lbs.
☒ Glasses

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

**SERVED BY**
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this **21** day of **April**, 20**08**

NOTARY PUBLIC

CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008



CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL **08 C 975**

JOHN R. MARTIN,
Plaintiff,

V.

APPLE INC.,
Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **JUDGE CONLON**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

APPLE INC.
c/o CT CORPORATION SYSTEM
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Murphy
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*
(By) DEPUTY CLERK

February 15, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
              Date                                Signature of Server

                                   _____
                                   Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.