## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0975 | **DATE** | 5/5/2008 |
| **CASE TITLE** | JOHN MARTIN vs. APPLE, INC. | | |

**DOCKET ENTRY TEXT**

Report on settlement hearing held. Defendant shall answer or otherwise plead by May 8, 2008. Parties shall comply with FRCP 26(a)(1) by June 8, 2008. Deadline for service and filing of motions to add parties or to amend the pleadings is set on October 3, 2008. Status hearing is continued to June 17, 2008 at 9:00 a.m. Parties shall submit a joint status report to chambers by June 13, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|