IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. MARTIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendants. | Case No. 08 C 975<br><br>Judge Conlon<br>Magistrate Judge Denlow |

**APPLE INC.'S CORPORATE DISCLOSURE AND NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendant Apple Inc. ("Apple") makes the following disclosure:

- Fidelity Investments owns more than 5% of outstanding common stock of Apple. There is no relationship between Fidelity Investments and Apple, other than Fidelity Investments is a stockholder of Apple.

- Apple does not have a parent corporation.

Dated: May 8, 2008

Respectfully submitted,

/s/ Tigran Vardanian

David A. Nelson
Tigran Vardanian
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois  60606
Phone:  (312) 876-7700
Fax:  (312) 993-9767

*Counsel for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2008 I electronically filed the foregoing **APPLE INC.'S CORPORATE DISCLOSURE AND NOTIFICATION OF AFFILIATES** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record in this action.

/s/ Tigran Vardanian