IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. MARTIN,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendants. | Case No. 08 C 975<br><br>Judge Conlon<br>Magistrate Judge Denlow |

## NOTICE OF AGREED MOTION TO STAY

Please take notice that on Thursday, May 22, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Suzanne B. Conlon, or any judge sitting in her stead, in courtroom 1743, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the accompanying **AGREED MOTION TO STAY**.

Dated: May 15, 2008

Respectfully submitted,

/s/ Tigran Vardanian

David A. Nelson
Tigran Vardanian
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

*Counsel for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008 I electronically filed the foregoing **AGREED MOTION TO STAY** and **NOTICE OF MOTION** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record in this action.

/s/ Tigran Vardanian