# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 975 | **DATE** | 5/22/08 |
| **CASE TITLE** | JOHN R. MARTIN vs. APPLE, INC. | | |

**DOCKET ENTRY TEXT**

Defendant Apple Inc.'s agreed motion to stay is taken under advisement.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-00975   Document 22   Filed 05/22/2008   Page 1 of 1

08C975 JOHN R. MARTIN vs. APPLE, INC.                                                Page 1 of 1