IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | ) <br> ) Civil Action No. 08-c-975 <br> ) <br> ) Honorable Suzanne B. Conlon <br> ) <br> ) Magistrate Judge Morton Denlow <br> ) |

**REPLY OF PLAINTIFF JOHN R. MARTIN
TO DEFENDANT APPLE, INC.'S COUNTERCLAIMS**

Plaintiff and Counterdefendant John R. Martin ("Martin"), through its undersigned attorneys responds to Defendant Apple, Inc.'s ("Apple") counterclaims, as follows and corresponding to the numbered paragraphs in Apple's counterclaims.

**RESPONSE TO COUNTERCLAIMS**

**Parties**

1.  Martin lacks sufficient information to affirmatively admit or deny the allegations of this paragraph.

2.  Admitted.

**Nature of Action And Jurisdiction**

3.  Martin admits this action purports to arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq.*, under the laws of the United States concerning actions relating to patents, 28 U.S.C. §§ 1331 and 1338(a).

4. Martin admits that this Court has original jurisdiction of any properly filed patent infringement action. Martin admits that it alleges that Apple has infringed the '609 patent and that venue is proper in this judicial district and that a justiciable controversy exists.

**Counterclaim Count I - Declaration of Non-Infringement of the '609 Patent**

5. Martin realleges and incorporates by reference its responses to paragraphs 1-4 of Apple's Counterclaims.

6. Admitted.

7. Paragraph 7 of the Counterclaims asserts legal conclusions to which no response is required. To the extent Paragraph 7 contains any factual allegations, such allegations are denied.

**Counterclaim Count II - Declaration of Invalidity of the '609 Patent**

8. Martin realleges and incorporates by reference its responses to paragraphs 1-4 of Apple's Counterclaims.

9. Martin admits that it has alleged in its Complaint that the '609 patent is valid but denies the remaining allegations of Paragraph 9.

10. Paragraph 10 of the Counterclaims asserts legal conclusions to which no response is required. To the extent Paragraph 10 contains any factual allegations, such allegations are denied.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Martin respectfully demands judgment for it and against Defendant Apple as follows:

(a) That this Court adjudge that Apple has failed to meet its burden sufficient to prove non-infringement of U.S. Patent No. 6,926,609;

(b) That this Court adjudge that Apple has failed to meet its burden sufficient to prove that the any claim of U.S. Patent No. 6,926,609 is invalid;

(c) That this Court dismiss Apple's counterclaims with prejudice and award Martin its attorneys' fees, costs and expenses in this action; and

(d) That this Court award Martin such other relief as the Court may deem just and proper.

Date: June 2, 2008                              Respectfully submitted,


/s/ James P. Murphy
James P. Murphy
James L. Davis, Jr.
**McANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, 34th Floor
Chicago, Illinois  60661
Phone:  (312) 775-8000
Email:  jmurphy@mcandrews-ip.com
Email:  jdavis@mcandrews-ip.com

Attorneys for **Plaintiff John R. Martin**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2008, the foregoing **REPLY OF PLAINTIFF JOHN R. MARTIN TO DEFENDANT APPLE, INC.'S COUNTERCLAIMS** was filed electronically with the Clerk of the United States District Court for The Northern District of Illinois, which will provide an electronic notice and copy to the attorneys of record for the parties, and that the following also were served by email and U.S. mail:

>David A. Nelson
>Tigran Vardanian
>LATHAM & WATKINS LLP
>233 South Wacker Drive
>Sears Tower, Suite 5800
>Chicago, Illinois  60606

>Jamie D. Berger