# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0975 | **DATE** | 9/8/2008 |
| **CASE TITLE** | JOHN R. MARTIN vs. APPLE, INC. | | |

**DOCKET ENTRY TEXT**

On the court's own motion, the status hearing set on September 25, 2008 is reset on October 23, 2008 at 9:00 a.m. The parties shall submit a joint status report to chambers by October 20, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|